IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ARIEL VARGAS MARTINEZ

JANET MENDOZA PAGAN

XXX-XX-7245

XXX-XX-5944

Debtor(s)

CASE NO. 10-10984 BKT

Chapter 13

FILED & ENTERED ON 08/26/2011

## ORDER GRANTING CONVERSION

The debtors' request for conversion of the instant case to case under chapter 7 (docket entry #26) is granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26 day of August, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: all creditors