IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> ARIEL VARGAS MARTINEZ <br> JANET MENDOZA PAGAN <br><br> Debtor(s) | CASE NUMBER: 10-10984-BKT <br><br> CHAPTER 7 |

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

**COME NOW, ARIEL VARGAS MARTINEZ and JANET MENDOZA PAGAN,** debtors through their undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include unsecured creditor named Dpto. Transportacion y obras publicas, balance owed $275.00, postal address Box 41269 San Juan PR 00940-1269.*

**WHEREFORE**, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

1

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Ariel Vargas Martinez and Janet Mendoza Pagan; to the creditors affected by the amendment: <u>Dpto. Transportacion y obras publicas, postal address Box 41269 San Juan PR 00940-1269</u>; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 21 day of October, 2011.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ARIEL VARGAS MARTINEZ
JANET MENDOZA PAGAN

Debtor(s)

CASE NUMBER: 10-10984-BKT

CHAPTER 7

## DEBTORS' VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of 3**sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this 21 day of October, 2011.

_____
ARIEL VARGAS MARTINEZ

_____
JANET MENDOZA PAGAN

3

B6F (Official Form 6F) (12/07)

IN RE **VARGAS MARTINEZ, ARIEL & MENDOZA PAGAN, JANET**          Case No. **10-10984-13**
Debtor(s)                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2419**<br>**ABC RECOVERIES INC**<br>**PO BOX 347**<br>**SAVAGE, MN 55378** | | H | Open account opened 9/09 | | | | 912.00 |
| ACCOUNT NO. **0002**<br>**BANCO POPULAR DE PR**<br>**PO BOX 70100**<br>**SAN JUAN, PR 00936-8100** | | W | Installment account opened 12/07<br>Debtor is Co-debtor | | | | 2,721.00 |
| ACCOUNT NO. **0101**<br>**BANCO POPULAR DE PR**<br>**PO BOX 70100**<br>**SAN JUAN, PR 00936-8100** | | W | Installment account opened 5/07 | | | | 6,950.00 |
| ACCOUNT NO. **0101**<br>**BANCO POPULAR DE PR**<br>**PO BOX 70100**<br>**SAN JUAN, PR 00936-8100** | | W | Installment account opened 6/07<br>Debtor is Co-debtor | | | | 4,359.00 |

__2__ continuation sheets attached

Subtotal (Total of this page) $ **14,942.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE VARGAS MARTINEZ, ARIEL & MENDOZA PAGAN, JANET     Case No. 10-10984-13
                              Debtor(s)                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 7245<br>BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | J | Deficiency<br>2006 Mazda Pick Up | | | | 1.00 |
| ACCOUNT NO. 2991<br>CAVALRY PORT<br>SPRINT<br>7 SKYLINE DR STE 3<br>HAWTHORNE, NY 10532 | W | | | | X | 317.00 |
| ACCOUNT NO. 6710<br>CAVALRY PORTFOLIO SERVICES<br>SPRINT<br>7 SKYLINE DR STE 3<br>HAWTHORNE, NY 10532 | H | Open account opened 3/07 | | | X | 345.00 |
| ACCOUNT NO. 7760<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | H | Open account opened 8/08 | | | | 737.00 |
| ACCOUNT NO. 0463<br>DEPARTAMENTO DE TRANSPORTACION<br>CENTRO GUBERNAMENTAL MINILLAS<br>SANTURCE, PR 00940 | J | Tickets: 24565334; 24565335 | | | | 125.00 |
| ACCOUNT NO. 0463<br>DPTO DE TRANSPORTACION Y OBRAS PUBLICAS<br>BOX 41269<br>SAN JUAN, PR 00940-1269 | J | 25043396, 4565334, 4565335 | | | | 275.00 |
| ACCOUNT NO. 0001<br>POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | J | Debtor is Co-debtor<br>2000 Suzuki Forenza<br>Deficiency | | | | 7,679.28 |

Sheet no. 1 of 2 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 9,479.28

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **VARGAS MARTINEZ, ARIEL & MENDOZA PAGAN, JANET**  Case No. **10-10984-13**
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5948** <br> PR TELEPHONE COMPANY <br> PO BOX 71401 <br> SAN JUAN, PR  00936-8501 | | H | Open account opened 5/08 | | | | 864.00 |
| ACCOUNT NO. **2749** <br> T-MOBILE <br> RAFAEL CORDERO AVENUE 30 SUITE K2 <br> CAGUAS, PR  00725 | | H | Open account opened 10/05 | | | | 323.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,187.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **25,608.28**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **VARGAS MARTINEZ, ARIEL & MENDOZA PAGAN, JANET**     Case No. **10-10984-13**
                                           Debtor(s)                                                 (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 21, 2011**      Signature: **/s/ ARIEL VARGAS MARTINEZ**
                                                **ARIEL VARGAS MARTINEZ**     Debtor

Date: **October 21, 2011**      Signature: **/s/ JANET MENDOZA PAGAN**
                                                **JANET MENDOZA PAGAN**     (Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                                 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VARGAS MARTINEZ, ARIEL
VILLA LAS MERCEDES
A1 STREET 1
CAGUAS, PR  00725

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674

MENDOZA PAGAN, JANET
VILLA LAS MERCEDES
A1 STREET 1
CAGUAS, PR  00725

POPULAR AUTO
PO BOX 15011
SAN JUAN, PR  00902-8511

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

PR TELEPHONE COMPANY
PO BOX 71401
SAN JUAN, PR  00936-8501

ABC RECOVERIES INC
PO BOX 347
SAVAGE, MN  55378

T-MOBILE
RAFAEL CORDERO AVENUE 30 SUITE K2
CAGUAS, PR  00725

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

CAVALRY PORT
SPRINT
7 SKYLINE DR STE 3
HAWTHORNE, NY  10532

CAVALRY PORTFOLIO SERVICES
SPRINT
7 SKYLINE DR STE 3
HAWTHORNE, NY  10532

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366

DEPARTAMENTO DE TRANSPORTACION
CENTRO GUBERNAMENTAL MINILLAS
SANTURCE, PR  00940

DPTO DE TRANSPORTACION Y OBRAS
PUBLICAS
BOX 41269
SAN JUAN, PR  00940-1269