IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ARIEL VARGAS MARTINEZ<br>JANET MENDOZA PAGAN<br><br>Debtor(s)<br><br>BANCO POPULAR DE PUERTO RICO<br><br>Movant<br><br>ARIEL VARGAS MARTINEZ<br>JANET MENDOZA PAGAN<br>WIGBERTO LUGO MENDER ,TRUSTEE<br><br>Respondent(s) | CASE NO. 10-10984 BKT<br>Chapter 7<br><br><br><br><br><br><br><br>**FILED & ENTERED ON 11/2/2011** |

## ORDER

Upon debtors' consent (see answer, docket entry #62), the motion for relief of stay filed by BANCO POPULAR DE PUERTO RICO is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 02 day of November, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR
ROBERTO FIGUEROA CARRASQUILLO
WIGBERTO LUGO MENDER
BANCO POPULAR DE PUERTO RICO